PHILLIP A. TALBERT
United States Attorney
ARELIS M. CLEMENTE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

**FILED**
Nov 25, 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN CHARO COLLINS,<br>aka Aamir Ayoub El Bey<br><br>Defendant. | CASE NO: 1:24-CR-00255-JLT-SKO<br><br>ORDER TO UNSEAL INDICTMENT |

Upon application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the indictment in the above-captioned matter be, and is, unsealed.

IT IS SO ORDERED.

Dated: __**November 25, 2024**__         _/s/ Sheila K. Oberto_
                                         UNITED STATES MAGISTRATE JUDGE