HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
ERIC V. KERSTEN, CA Bar #226429
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
MARVIN CHARO COLLINS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARVIN CHARO COLLINS,<br><br>Defendants. | Case No. 1:24-cr-00255 JLT-SKO<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date:   April 16, 2025<br>Time:   1:00 p.m.<br>Judge: Hon. Sheila K. Oberto |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel, Assistant United States Attorney Antonio Pataca, counsel for plaintiff, and Assistant Federal Defender Eric V. Kersten, counsel for Marvin Collins, that the status conference set for March 19, 2025 may be continued to April 16, 2025, or the soonest date thereafter convenient to the court.

This matter came before this court on January 7, 2025 and it was ordered that a psychiatric or psychological examination of Marvin Charo Collins be conducted, and a psychiatric or psychological report be filed with the Court pursuant to the provisions of 18 U.S.C. § 4247(b) and (c). [Doc. 31] The parties have been advised that Mr. Collins arrived at the Metropolitan Detention Center (MDC), Los Angeles, California on January 22, 2025, for an examination and it is anticipated that the evaluation will be completed by March 7, 2025, and the report submitted to the court by March 28, 2025.

It is respectfully requested that the status conference in this matter currently scheduled for March 19, 2025 be continued to April 16, 2025 to allow time for receipt and consideration of the report prior to the status conference.

The parties agree that the delay resulting from the continuance to April 16, 2025 shall be excluded in the interests of justice and for good cause, for effective defense investigation and preparation, and for resolution of defendant's motion to determine the mental competency of the defendant pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (D), 3161(h)(7)(A) and 3161(h)(7)(B)(i).

Respectfully submitted,

MICHELE BECKWITH
Acting United States Attorney

Date: January 29, 2025

*/s/ Antonio Pataca*
ANTONIO PATACA
Assistant United States Attorney
Attorney for Plaintiff


HEATHER E. WILLIAMS
Federal Defender

Date: January 29, 2025

*/s/ Eric V. Kersten*
ERIC V. KERSTEN
Assistant Federal Defender
Attorney for Defendant
MARVIN CHARO COLLINS

## O R D E R

**IT IS SO ORDERED.** The status conference set for March 16, 2025 is continued to April 16, 2025. Time shall be excluded through April 16, 2025, in the interests of justice, for effective defense investigation and preparation, and for resolution of defendant's motion to determine the mental competency of the defendant pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (D), 3161(h)(7)(A) and 3161(h)(7)(B)(i).

Date: January 29, 2025

*Sheila K. Oberto*
Magistrate Judge Sheila K. Oberto