**DANIEL L. HARRALSON, BAR NO. 109322**
Attorney at Law
Post Office Box 26688-6688
Fresno, California 93729
Telephone (559) 486-4560
Facsimile (559) 486-4320
harralsonlaw@sbcglobal.net

Attorney for Defendant: MARVIN <u>CHARO</u> COLLINS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br>　vs.<br><br>MARVIN CHARO COLLINS,<br><br>　　　　　Defendant | Case No.: 1:24-CR-00255 JLT SKO<br><br>**STIPULATION TO CONTINUE HEARING TO ADDRESS COMPETENCY REPORT and [PROPOSED] ORDER**<br><br>Date: April 7, 2025<br>Time: 9:00 am<br>Honorable Jennifer L. Thurston |

　　**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record, that the Hearing to Address Competency Report in the above captioned matter now set for April 7, 2025, at 9:00 a.m., may be continued to April 21, 2025, at 9:00 a.m., in the United States District Court.

　　The continuance is requested by counsel for Defendant, MARVIN CHARO COLLINS, to allow additional time for the preparation on Defendant's behalf.

　　The time period between April 7, 2025, and April 21, 2025, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(1)(D) and (7)(A), B(i), and B(ii) because there is a pending motion before the Court and it is unreasonable to expect adequate preparation for pretrial proceedings or for

the trial itself within the time limits established by this section. This stipulation also results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

|  |  |
|---|---|
|  | LAW OFFICE OF DANIEL L. HARRALSON |
| Dated: April 2, 2025 | /s/ Daniel L. Harralson |
|  | Daniel L. Harralson, Esq. |
|  | Attorney for Defendant, Marvin Collins |
|  |  |
|  | MICHELE BECKWITH |
|  | Acting United States Attorney |
| Dated: April 2, 2025 | /s/ Arelis M. Clemente |
|  | Arelis M. Clemente |
|  | Assistant United States Attorney |

-----------------------------------------------------------------

**ORDER**
-----

**IT IS HEREBY ORDERED**. That the Hearing to Address Competency Report of April 7, 2025, at 9:00 a.m., be continued to April 21, 2025, and that the time period between April 7, 2025, and April 21, 2025, is excluded pursuant to 18 U.S.C.§ 3161(h)(1)(D) and (7)(A), B(i), and B(ii).

DATED: April 2, 2025

United States District Court Judge