1 | MICHELE BECKWITH
Acting United States Attorney
2 | ARELIS M. CLEMENTE
ANTONIO J. PATACA
3 | Assistant United States Attorney
2500 Tulare Street, Suite 4401
4 | Fresno, CA 93721
Telephone: (559) 497-4000
5 | Facsimile: (559) 497-4099

6 | Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO: 1:24-CR-00255-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO VACATE STATUS CONFERENCE; ORDER** |
| v. | |
| MARVIN CHARO COLLINS, aka Aamir Ayoub El Bey | |
| Defendant. | |

IT IS HEREBY STIPULATED between the parties that the status conference set for April 16, 2025, at 1:00 p.m., can be vacated because the matter has been set for a Hearing to Address the Competeny Report before the Honorable Jennifer L. Thurston, on April 21, 2025, at 9:00 a.m.. Dkt. No. 45. The parties agree that time was previously excluded through April 21, 2025, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A), (B)(i) and (B)(ii). Dkt. No. 45

Dated: April 4, 2025

　　　　　　　　　　　　　　　　　　　*/s/ Daniel L. Harralson*
　　　　　　　　　　　　　　　　　　　DANIEL L. HARRALSON
　　　　　　　　　　　　　　　　　　　Attorney for Defendant


　　　　　　　　　　　　　　　　　　　*/s/ Arelis M. Clemente*
　　　　　　　　　　　　　　　　　　　ARELIS M. CLEMENTE
　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>       v.<br><br>MARVIN CHARO COLLINS,<br>aka Aamir Ayoub El Bey<br><br>                        Defendant. | CASE NO.   1:24-CR-00255-JLT-SKO<br><br>ORDER |

    Upon the parties' stipulation and for good cause shown, the status conference currently scheduled for April 16, 2025, at 1:00 p.m. is hereby vacated.  Time under the Speedy Trial Act, 18 U.S.C. § 3161 et seq., has previously been excluded through April 21, 2025, pursuant to 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A), (B)(i) and (B)(ii).  Dkt. No. 45.

**IT IS SO ORDERED.**

Dated:    4/7/2025

*Sheila K. Oberto*
HONORABLE SHEILA K. OBERTO
UNITED STATES MAGISTRATE JUDGE

1