MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>MARVIN CHARO COLLINS,<br>aka Aamir Ayoub El Bey<br><br>            Defendant. | CASE NO: 1:24-CR-00255-JLT-SKO<br><br>~~[PROPOSED]~~ **ORDER** |

The Defendant, Marvin Charo Collins, refused transport for a hearing to address the competency report on April 21, 2025. Dkt. No. 53. At the hearing, the government requested that the Defendant be ordered to be brought to court to ensure the Defendant may exercise his due process rights under Title 18 United States Code § 4247(d). The Court granted the request.

///

///

///

///

///

///

///

///

Thus, the Court **ORDERS** that the United States Marshals Service SHALL cause the Defendant to be brought to court and, if necessary, to use reasonable force to do so, and to deliver him to the United States District Court for the Eastern District of California at 2500 Tulare Street, Fresno, California 93721 for a hearing to address the competency report scheduled on April 28, 2025, at 8:30 a.m. in courtroom 4.

IT IS SO ORDERED.

Dated:    **April 22, 2025**

UNITED STATES DISTRICT JUDGE