MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
BRITTANY M. GUNTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, Ca 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO: 1:24-CR-00255-JLT-SKO |
| Plaintiff, | STIPULATION TO SET TRIAL CONFIRMATION HEARING AND TO CONTINUE DEADLINE FOR PRETRIAL MOTIONS; ORDER |
| v. | |
| MARVIN CHARO COLLINS, | |
| Defendant. | |

THE PARTIES HEREBY STIPULATE, through their respective attorneys of record, Assistant United States Attorneys Arelis M. Clemente and Brittany M. Gunter, counsel for the government, and Daniel L. Harralson, counsel for Marvin Charo Collins ("the defendant"), that 1) a trial confirmation hearing be set for Monday, May 12, 2025, and 2) the deadline for filing motions in limine be continued to Monday, May 12, 2025. The parties likewise ask the court to endorse this stipulation by way of formal order.

The parties base this stipulation on good cause. Specifically,

1. On April 28, 2025, the Court set this case for trial on May 28, 2025. ECF 57. The Court also set a deadline of May 9, 2025, for motions in limine to be filed. ECF 57, 58.

2. On May 6, 2025, the government re-extended a plea offer to the defendant through his

counsel with a deadline to accept before May 9, 2025. Defense counsel indicated he needed time to discuss the plea offer with the defendant and anticipates discussing the plea offer with him on Thursday, May 8, 2025.

3. Defense counsel also informed the government of his concerns about whether he would be prepared for trial as currently set on May 28, 2025, given his limited ability to speak with the defendant based on where he is being housed. There is also voluminous discovery in this case. Defense counsel further indicated he is considering filing a motion for bail review, which would also impact his ability to effectively prepare for trial as currently set.

4. However, the defendant has not been amenable to excluding time under the Speedy Trial Act. The 70-day clock currently expires on June 14, 2025.

5. Based on the concerns related to defense counsel's ability to be prepared for trial as currently set and his plan to speak with the defendant on May 8 about the plea offer, the parties jointly request that the Court set the case for a trial confirmation hearing on May 12, 2025. Further, the parties jointly request that the motions in limine deadline be continued from May 9 to May 12, 2025.

IT IS SO STIPULATED.

Dated: May 7, 2025                    MICHELE BECKWITH
                                      Acting United States Attorney

                                      By:  /s/ ARELIS M. CLEMENTE
                                      ARELIS M. CLEMENTE
                                      BRITTANY M. GUNTER
                                      Assistant United States Attorney

Dated: May 7, 2025                    By:  /s/ DANIEL L. HARRALSON
                                      DANIEL L. HARRALSON
                                      Counsel for Defendant

**O R D E R**

IT IS ORDERED that:

1) a trial confirmation hearing is set for Monday, May 12, 2025, at 9:00 a.m., and
2) the deadline for filing motions in limine is hereby continued to Monday, May 12, 2025.

IT IS SO ORDERED.

Dated:   **May 7, 2025**

UNITED STATES DISTRICT JUDGE

3