MICHELE BECKWITH
Acting United States Attorney
ARELIS M. CLEMENTE
BRITTANY M. GUNTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARVIN CHARO COLLINS,<br><br>Defendant. | CASE NO: 1:24-CR-00255-JLT-SKO<br><br>**STIPULATION TO SET STATUS CONFERENCE; ORDER**<br><br>Date: June 16, 2025<br>Time: 9:00 a.m.<br>Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED between the parties that a status conference be set for June 16, 2025, at 9:00 a.m. before the Honorable Jennifer L. Thurston.

On May 12, 2025, the Court set this case for trial on July 29, 2025. ECF 61. The Court issued an Amended Pretrial Order on May 29, 2025. ECF 62. Defense counsel has informed the government of his concerns about being prepared for trial as currently set on July 29, 2025, given his limited ability to speak with the defendant and the voluminous discovery invovled in this case. Time has already been excluded through July 29, 2025. ECF 61.

Respectfully submitted,

Dated: May 29, 2025

*/s/ Daniel L. Harralson*
DANIEL L. HARRALSON
Attorney for Defendant

*/s/ Arelis M. Clemente*
ARELIS M. CLEMENTE
Assistant United States Attorney

**O R D E R**

IT IS ORDERED that a Status Conference is set for Monday, June 16, 2025, at 9:00 a.m.

IT IS SO ORDERED.

Dated:   **May 30, 2025**

_____
UNITED STATES DISTRICT JUDGE