UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No: 1:24-CR-00255-001-JLT |
|---|---|---|
| Plaintiff, | ) | **O R D E R**<br>**APPOINTING COUNSEL** |
| vs. | ) | |
| MARVIN COLLINS, | ) | |
| Defendant. | ) | |

The Defendant has satisfied this Court that he is financially unable to obtain counsel and needs co-counsel so that his trial may proceed as scheduled. Therefore, in the interests of justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A, the Court **ORDERS:**

1. Kevin P. Rooney is appointed as co-counsel to represent the above defendant in this case effective *nunc pro tunc* to July 2, 2025.

This appointment shall remain in effect until further order of this court, or until the pending criminal matter and any direct appeal is resolved, whichever is first.

IT IS SO ORDERED.

Dated:  **July 9, 2025**

*Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE