Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA  93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, MARVIN COLLINS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARVIN COLLINS, et al<br><br>　　　　Defendants. | Case No.: 1: 24 CR 255 JLT/SAB<br><br>Stipulation and Order To Continue Sentencing date and Modify PreSentence Investigation Referral Schedule |

　　　　The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1. That motions in this case be heard on July 13, 2026 and that any defense motion to be heard on that date be filed no later than June 1, 2026.

2. That the sentencing currently scheduled for June 22, 2026, be rescheduled to a date to be determined by the Court after the motions hearing on July 13, 2026. The parties agree that the resolution of the anticipated defense motion(s) may impact sentencing and vacating the current date is appropriate.

It is so stipulated and agreed.

1

Dated: April 27, 2024                    ERIC GRANT, UNITED STATES ATTORNEY

                                          s/ Arelis Clmente
                                         ARELIS CLEMENTE
                                         Assistant United States Attorney


Dated:  April 27, 2026                   Respectfully submitted,

                                          /s Kevin Rooney
                                         KEVIN P. ROONEY
                                         Attorney for defendant
                                         MARVIN COLLINS



                              ORDER

        IT IS SO ORDERED, pursuant to the stipulation of the parties, that a motions hearing is

scheduled for July 13, 2026 and that the currently sentencing date in this matter is vacated with a

new date to be determined on July 13, 2026 or subsequently.


IT IS SO ORDERED.

    Dated:    **April 27, 2026**

                                         _____
                                         UNITED STATES DISTRICT JUDGE