Kevin P. Rooney, #107554
Of Counsel, HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, MARVIN COLLINS

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　vs.<br><br>MARVIN COLLINS, et al<br><br>　　　Defendants. | ) Case No.: 1: 24 CR 255 JLT/SAB<br>)<br>) ORDER DENYING WITHOUT PREJUDICE<br>) STIPULATION TO CONTINUE THE<br>) SENTENCING HEARING<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

The parties to this matter, by and through their undersigned counsel, hereby stipulate as follows:

1.  That sentencing and other issues in this case are complex and that additional time is needed to address them. Sentencing was previously delayed from the previously scheduled date of June 22, 2026 to a date to be determined after an anticipated motion hearing date. The motion was resolved without a hearing.

///

///

1

2.  The parties agree that the following schedule is appropriate:

Sentencing:    November 2, 2026

Formal Objections - Reply/Statement of NonOpposition:    October 19, 2026

Formal Objections:    October 5, 2026

It is so stipulated and agreed.

Dated: July 1, 2026                    ERIC GRANT, UNITED STATES ATTORNEY

                                     s/ Arelis Clemente
                                    ARELIS CLEMENTE
                                    Assistant United States Attorney

Dated:  July 1, 2026                   Respectfully submitted,

                                     /s Kevin Rooney
                                    KEVIN P. ROONEY
                                    Attorney for defendant
                                    MARVIN COLLINS

ORDER

The stipulation fails to set forth good cause to continue the sentencing hearing. Counsel state that the sentencing is "complex" without explaining what, exactly, is the complicating issue. Moreover, the defendant entered his plea on January 20, 2026 and the presentence report was filed months ago.  There is no explanation as to why these "complex" issues have not been addressed before now. Thus, the stipulation to continue the sentencing hearing is **DENIED without prejudice.**

IT IS SO ORDERED.

Dated:   **July 1, 2026**                  _Jennifer L. Thurston_
                                    UNITED STATES DISTRICT JUDGE

2